UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC L. WILLIAMS,<br><br>Petitioner,<br><br>v.<br><br>RICHARD B. IVES, Warden,<br><br>Respondent. | NO. CV 13-6441-JVS (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that judgment be entered (1) dismissing the petition without prejudice for lack of jurisdiction; and (2) denying the motion for release on bond or own recognizance.

DATED: October 15, 2013

_____
JAMES V. SELNA
United States District Judge