UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ERIC L. WILLIAMS, | ) | No. CV 13-6441-JVS (AGR) |
|     Petitioner, | ) ) | |
|   v. | ) | JUDGMENT |
| RICHARD B. IVES, Warden, | ) ) | |
|     Respondent. | ) ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that (1) the petition is dismissed without prejudice for lack of jurisdiction; and (2) the motion for release on bond or own recognizance is denied.

DATED: October 15, 2013     _____
                                           JAMES V. SELNA
                                   United States District Judge